# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ERICA ARTIS | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2436-S-BH |
| QUALITY BRAND GROUP | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 12. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 4] is **DENIED**. This case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court

**SO ORDERED.**

SIGNED December 15, 2021.

_____
**UNITED STATES DISTRICT JUDGE**